ORIGINAL

FILED
SEP 0 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtors

           UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION

In Re:                          ) Chapter 13
                                )
ALBERTO LOPEZ DIAZ              ) Case No. 09-54117 CN
                                )
SONIA REBECCA NIETO-BAEZ        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                )
                    Debtors     )
                                )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497146 for an unclaimed dividend in the amount of $0.97.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

           ALBERTO LOPEZ DIAZ
           SONIA REBECCA NIETO-BAEZ
           1027 PACIFIC AVE
           SALINAS, CA  93905

Dated:  September 02, 2011                    _____
                                              DEVIN DERHAM-BURK, TRUSTEE